1

```
                   UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA
                        ALEXANDRIA DIVISION

UNITED STATES OF AMERICA        .    Criminal No. 1:24mj277
                                .
     vs.                        .    Alexandria, Virginia
                                .    July 22, 2024
MOHAMMAD K. DABOUS,             .    10:09 a.m.
                                .
             Defendant.         .
                                .
. . . . . . . . . . .

                  TRANSCRIPT OF INITIAL APPEARANCE
               BEFORE THE HONORABLE WILLIAM B. PORTER
                   UNITED STATES MAGISTRATE JUDGE
```

APPEARANCES:

FOR THE GOVERNMENT:          ALEXANDER AMICO, SAUSA
                             McKENZIE EHRHARDT, SAUSA
                             United States Attorney's Office
                             2100 Jamieson Avenue
                             Alexandria, VA 22314


ARABIC INTERPRETER:          TOUFIC MAGED


ALSO PRESENT:                GLENNA SMITH


TRANSCRIBER:                 ANNELIESE J. THOMSON, RDR, CRR
                             (703)629-3845




                         (Pages 1 - 5)




 (Proceedings recorded by FTR Gold electronic sound recording,
  transcript produced by computerized transcription.)

2

1                    P R O C E E D I N G S
2                      (Defendant present.)
3            MR. AMICO:  Your Honor, the next case also involves
4  an interpreter.  It's United States versus Mohammad Dabous.
5            THE COURT:  Page 1?
6            MR. AMICO:  Mr. Dabous is present.  And that is page
7  1 of your docket.
8         TOUFIC MAGED, ARABIC INTERPRETER, PREVIOUSLY SWORN
9            THE COURT:  Mohammad Dabous?  Good morning, sir.
10           THE DEFENDANT:  Good morning.
11           THE COURT:  Sir, you're here today in the federal
12 court in the Eastern District of Virginia because you've been
13 charged with a misdemeanor.  The purpose of today's hearing is
14 to advise you of some of your rights and to set further
15 hearings in this case.
16           First, I want to make sure you're aware you have the
17 right to remain silent at this and all future hearings.  You
18 also have the right to be evaluated for court-appointed counsel
19 or to hire your own counsel.
20           Would you like to be evaluated for court-appointed
21 counsel?
22           THE DEFENDANT:  I would like the Court to assign an
23 attorney for me.
24           THE COURT:  Have you had an opportunity to fill out
25 the financial disclosure form?

1        THE DEFENDANT:  Yes, sir, I have filled it out.

2        THE COURT:  Is all the information on there true and
3   accurate to the best of your information and belief?

4        THE DEFENDANT:  Yes, Your Honor.

5        THE COURT:  All right.  I'll take a look at it.

6        Mr. Amico, you're going to be looking for conditions
7   of release on this one as well?

8        MR. AMICO:  We will, Your Honor, and I'd like to just
9   point out for the Court's awareness Mr. Hamdan and Mr. Dabous's
10  charges for which they're appearing today stem from the same
11  incident, so there might be some conflicts that need to be
12  worked out with the Public Defender's Office.

13       THE COURT:  Understood.

14       All right.  Sir, I'm going to find you qualified for
15  court-appointed counsel, and I'll appoint the Federal Public
16  Defender to represent you.

17       THE DEFENDANT:  Yes.

18       THE COURT:  I didn't do this with Mr. Hamdan but I
19  should have:  Will you please identify Mr. Dabous's charges and
20  potential penalties?

21       MR. AMICO:  Yes.  Mr. Dabous is charged with entering
22  military naval or Coast Guard property, in violation of 18 U.S.
23  Code, section 1382.  It is a class B misdemeanor, which carries
24  six months' imprisonment, a $5,000 fine, and a $10 special
25  assessment.

4

1  THE COURT: Sir, those are the charges and the
2  potential penalties. This Court nor any other court has made
3  any judgment as to whether you're responsible for that charge,
4  but that's just to put you on notice of them.
5  We're going to continue this matter for a status
6  conference so you have an opportunity to talk with your
7  counsel, and we'll move it like the other one to September 17
8  at 10 a.m.
9  I understand the government is asking for conditions
10  of release. Mr. Amico, do you want to tell me what you want,
11  want me to do?
12  MR. AMICO: Yes, Your Honor. We ask that the
13  defendant be required to show up to all future court
14  appearances, to all future immigration proceedings, and that he
15  be reminded not to trespass onto Marine Corps Base Quantico or
16  any other military installation.
17  THE DEFENDANT: Yes.
18  THE COURT: Sir, the government has asked for certain
19  conditions of release. Did you hear them and do you understand
20  them, or would you like me to go over them with you?
21  THE DEFENDANT: Yes, Your Honor, I heard.
22  THE COURT: Okay. Good. So you need to appear at
23  our next hearing and at any future hearings for us, all
24  immigration hearings, and you are not to trespass on any
25  government facility, including Quantico. You'll be

1  provided with --
2              THE DEFENDANT:  I understand.
3              THE COURT:  You'll be provided with written
4  conditions of release, and the interpreter will go over that
5  with you at the end of this hearing once he has an opportunity
6  to meet with you.  Do you understand?
7              THE DEFENDANT:  Yes, Your Honor.
8              THE COURT:  All right.  Until then, you can step
9  back, and you'll have a chance to meet with the interpreter in
10 a moment.  Thank you, sir, and good luck to you.
11             THE DEFENDANT:  Thank you, sir.
12             THE COURT:  Yes, sir.
13             THE INTERPRETER:  Thank you, Your Honor.
14             THE COURT:  Thank you, sir.
15                        (Which were all the proceedings
16                         had at this time.)
17
18                CERTIFICATE OF THE TRANSCRIBER
19    I certify that the foregoing is a correct transcript from
20 the official FTR Gold electronic sound recording of the
21 proceedings in the above-entitled matter.
22
23                                      _____/s/_____
                                         Anneliese J. Thomson
24
25